172 A.3d 1088

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. T.M., DEFENDANT-PETITIONER.

C–293 September Term 2017
079526

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000506–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1088

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. R.F., DEFENDANT-PETITIONER.

C–315 September Term 2017
079593

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005659–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.